**Fill in this information to identify the case:**

Debtor 1 __Gary W. Coffman_____

Debtor 2 __Angelia S. Coffman_____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern_____ District of __Texas__
                                                                        (State)

Case number __15-41539_____

---

Form 4100R

# Response to Notice of Final Cure Payment       10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 2 9 3 6

**Property address:** 11874 Frontier Dr.
Number     Street

_____

Frisco, TX 75033
City            State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 01 / 2020
                                                             MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                      (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:              + (b) $ _____

c. **Total**. Add lines a and b.                                                 (c) $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                              ___/___/____
                                                     MM / DD / YYYY

Debtor 1 __Gary W. Coffman__
First Name   Middle Name   Last Name

Case number (*if known*) __15-41539__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Angie M. Marth
Signature

Date 08/13/2020

Print: __Angie M. Marth__
First Name   Middle Name   Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 600 E. John Carpenter Fwy., Suite 175
Number   Street

Irving, TX 75062
City   State   ZIP Code

Contact phone (972) 893-3096

Email: bknotifications@ghidottiberger.com

Form 4100R   Response to Notice of Final Cure Payment   page 2

## CERTIFICATE OF SERVICE

On August 13, 2020, I served the foregoing documents described as as Response to Notice of Final Cure on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Richard A. Pelley          rap@pelleylaw.com

TRUSTEE
Carey D. Ebert          ECFch13plano@ch13plano.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On August 13, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| Debtors<br>Gary W. Coffman<br>11874 Frontier Dr.<br>Frisco, TX 75033<br><br>Angelia S. Coffman<br>11874 Frontier Dr.<br>Frisco, TX 75033 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll